**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNDAY STATE OF MIND, <br><br> Defendant. | Case No. 26-cv-03890 <br><br> **Judge Jeffrey I. Cummings** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc.

("Plaintiff") hereby dismisses this action without prejudice as to Sunday State of Mind. With this

dismissal, the above captioned case may be terminated.

Dated this 24th day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*